| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Thompson, Kathleen H. | 2. Court or Organization U.S. Bankruptcy Court | 3. Date of Report 05/01/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address 21041 Burbank Blvd. Woodland Hills, CA 91367 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Kathleen H. | 05/01/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Kathleen H. | 05/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Kathleen H. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Life Financial (whole life common shares) | A | Dividend | J | T | | | | | |
| 2. Wells Fargo Bank | A | Int./Div. | J | T | | | | | |
| 3. IRA#1 Edward Jones | D | Dividend | K | T | | | | | |
| 4. AAPL | | | | | | | | | |
| 5. IRA #2 Edward Jones | A | Dividend | L | T | | | | | |
| 6. -MO | | | | | Sold | 01/25/11 | J | A | |
| 7. -BA | | | | | Sold | 01/25/11 | J | A | |
| 8. -GE | | | | | Sold | 01/25/11 | J | A | |
| 9. -NYX | | | | | Sold | 01/25/11 | J | A | |
| 10. -XLF | | | | | Sold | 01/25/11 | J | A | |
| 11. -FMCSX | | | | | Sold | 01/26/11 | J | A | |
| 12. -OBIOX | | | | | Sold | 01/26/11 | J | A | |
| 13. -RYVPX | | | | | Sold | 01/26/11 | J | A | |
| 14. -FDRXX | | | | | Sold | 01/26/11 | J | A | |
| 15. -LUV | | | | | Sold | 01/25/11 | J | A | |
| 16. -DODIX | | | | | Buy | 01/26/11 | J | | |
| 17. -DODIX | | | | | Sold | 09/02/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Kathleen H. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -DODFX | | | | | Buy | 01/26/11 | J | | |
| 19.  -DODFX | | | | | Sold | 09/02/11 | J | A | |
| 20.  -NAMAX | | | | | Buy | 01/26/11 | J | | |
| 21.  -NAMAX | | | | | Buy | 09/02/11 | J | | |
| 22.  -BAGIX | | | | | Buy | 01/26/11 | J | | |
| 23.  -BAGIX | | | | | Sold | 09/02/11 | J | A | |
| 24.  -EIBIX | | | | | Buy | 01/26/11 | J | | |
| 25.  -EIBIX | | | | | Sold | 09/02/11 | J | A | |
| 26.  -HDGIX | | | | | Buy | 01/26/11 | J | | |
| 27.  -HDGIX | | | | | Buy | 09/02/11 | J | | |
| 28.  -LTRFX | | | | | Buy | 01/26/11 | J | | |
| 29.  -LTRFX | | | | | Sold | 09/02/11 | J | A | |
| 30.  -LSIIX | | | | | Buy | 01/26/11 | J | | |
| 31.  -LSIIX | | | | | Sold | 09/02/11 | J | A | |
| 32.  -MEIIX | | | | | Buy | 01/26/11 | J | | |
| 33.  -MEIIX | | | | | Buy | 09/02/11 | J | | |
| 34.  -WOBDX | | | | | Buy | 01/26/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Kathleen H. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -WOBDX | | | | | Sold | 09/02/11 | J | A | |
| 36. -IGLIX | | | | | Buy | 01/26/11 | J | | |
| 37. -IGLIX | | | | | Buy | 09/02/11 | J | | |
| 38. -JFMXX | | | | | Buy | 01/28/11 | J | | |
| 39. -JFMXX | | | | | Sold | 02/04/11 | J | A | |
| 40. -JFMXX | | | | | Sold | 03/04/11 | J | A | |
| 41. -JFMXX | | | | | Sold | 04/05/11 | J | A | |
| 42. -JFMXX | | | | | Sold | 06/06/11 | J | A | |
| 43. -JFMXX | | | | | Sold | 07/08/11 | J | A | |
| 44. -JFMXX | | | | | Sold | 08/04/11 | J | A | |
| 45. -JFMXX | | | | | Buy | 08/30/11 | J | | |
| 46. -JFMXX | | | | | Buy | 08/30/11 | J | | |
| 47. -JFMXX | | | | | Sold | 09/07/11 | J | A | |
| 48. -JFMXX | | | | | Sold | 10/06/11 | J | A | |
| 49. -JFMXX | | | | | Sold | 11/04/11 | J | A | |
| 50. -JFMXX | | | | | Sold | 12/06/11 | J | A | |
| 51. -OIBYX | | | | | Buy | 01/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Kathleen H. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -OIBYX | | | | | Sold | 09/02/11 | J | A | |
| 53. -QRAAX | | | | | Buy | 01/26/11 | J | | |
| 54. -QRAAX | | | | | Sold | 09/02/11 | J | A | |
| 55. -QRAAX | | | | | Sold | 09/02/11 | J | A | |
| 56. -TGVIX | | | | | Buy | 01/26/11 | J | | |
| 57. -TGVIX | | | | | Buy | 09/02/11 | J | | |
| 58. -PRDGX | | | | | Buy | 01/26/11 | J | | |
| 59. -PRDGX | | | | | Buy | 09/02/11 | J | | |
| 60. -MCFDX | | | | | Buy | 01/26/11 | J | | |
| 61. -MCFDX | | | | | Buy | 09/02/11 | J | | |
| 62. -CRSOX | | | | | Buy | 09/02/11 | J | | |
| 63. -MWTIX | | | | | Buy | 09/02/11 | J | | |
| 64. -PRCIX | | | | | Buy | 09/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Kathleen H. | 05/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. I am no longer reporting a position as a director of the Los Angeles Bankruptcy Forum because I have not participated in this organization since at least sometime in
2010. I have not formally tendered a resignation but any position I may hold is now honorary.

The only asset in Trust #1

Part VII. I changed investment management companies in January 2011 from Fidelity to Edward Jones. Previously, the IRA holdings were in a single account. Now, the
IRA holdings are managed in two accounts. IRA #1 holds AAPL.  IRA #2 held or holds the assets listed under than heading. Except for AAPL, all assets managed in the
Fidelity account were sold in January 2011 when Edward Jones took over.  This portfolio (IRA #2) had an overall loss in value by the end of 2011.

The Met Life Money Market account (proceeds from a life insurance term policy) was drawn down to zero during 2011 and closed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen H. Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544